No. 03-5046. HERRERO *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03-5047. THOMAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03-5048. TUCKERSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03-5049. HINES *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 03-5050. FOUNTANO *v.* YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-5052. GUMBS *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03-5053. FRANKLIN *v.* NELSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 03-5054. GUERRA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03-5055. HARDIN *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 03-5056. HYLAND *v.* STEVENS, ASSOCIATE JUSTICE, SUPREME COURT OF THE UNITED STATES, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03-5057. GIBSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03-5058. HALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03-5059. HESS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03-5060. HENRY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.